# United States Court of Appeals
## For the First Circuit

---

Nos. 06-1436, 06-1819


ANDRÉS GUILLEMARD-GINORIO; MARÍA M. NOBLE-FERNÁNDEZ;
CONJUGAL PARTNERSHIP GUILLEMARD-NOBLE;
LONE STAR INSURANCE PRODUCERS, INC.,
Plaintiffs, Appellees,

v.

FERMÍN M. CONTRERAS-GÓMEZ, Individually and as Insurance
Commissioner of Puerto Rico; OFFICE OF THE INSURANCE
COMMISSIONER; MARÍA AWILDA QUINTANA; CONJUGAL PARTNERSHIP
CONTRERAS-QUINTANA; DORELISSE JUARBE, Individually and as
Insurance Commissioner of Puerto Rico,
Defendants, Appellants.

---


ERRATA SHEET


The opinion of this Court issued on June 12, 2007, is amended as follows:


On page 21, line 18: Replace "note 3" with "note 4."